IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

Faurtina Martin,                          )
                                          )    Civil Action No. 6:05-3520-HMH-BHH
                    Plaintiff,            )
                                          )
            vs.                           )    **REPORT AND RECOMMENDATION**
                                          )    **OF MAGISTRATE JUDGE**
Honeywell International, and Honeywell    )
Engines and Systems,                      )
                                          )
                    Defendants.           )
_____      )

        By order of this Court filed July 24, 2007, the motion for Kenneth Gibson to withdraw

as attorney for the plaintiff was granted. The plaintiff was given 30 days to secure new

counsel or to indicate to the Court her desire to continue prosecuting her case *pro se.* She

was warned that if she did not so indicate within 30 days, the case could be dismissed for

the plaintiff's failure to prosecute it.  The plaintiff made no response within the prescribed

time.

        As the plaintiff is proceeding *pro se*, the court filed a second order on August 21,

2007, giving the plaintiff through September 7, 2007, to secure new counsel or indicate to

the Court her desire to continue prosecuting her case *pro se.*  The plaintiff was specifically

advised that if she failed to respond, this action would be dismissed for failure to prosecute.

The plaintiff elected not to respond.

        Based on the foregoing, it appears the plaintiff no longer wishes to pursue this

action.  Accordingly, it is recommended that this action be dismissed for lack of prosecution

pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, based on the factors

outlined in *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir.1982), and for

violation of this Court's previous orders.  *See Ballard v. Carlson*, 882 F.2d 93 (4th Cir.

1989). *Ballard v. Carlson*, 882 F.2d 93 (4th Cir. 1989), *cert. denied*, 493 U.S. 1084 (1990).

                                        s/Bruce Howe Hendricks
                                        United States Magistrate Judge
September 11, 2007
Greenville, South Carolina